UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| VIVIAN WADDELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 7:19-cv-10-D** |
| ) | |
| U.S. BANK NATIONAL ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES as moot U.S. Bank's motion to dismiss the original complaint [D.E. 20], GRANTS U.S. Bank's motion to dismiss the amended complaint [D.R 29]; and DISMISSES without prejudice Waddell's amended complaint.

**This Judgment Filed and Entered on July 29, 2019, and Copies To:**

| | |
|---|---|
| Benjamin Matthew Sheridan | (via CM/ECF electronic notification) |
| James L. Kauffman | (via CM/ECF electronic notification) |
| W. Stacy Miller, II | (via CM/ECF electronic notification) |
| Aaron A. Wagner | (via CM/ECF electronic notification) |
| Lindsey E. Kress | (via CM/ECF electronic notification) |
| Thomas J. Cunningham | (via CM/ECF electronic notification) |
| John Michael Kearns, II | (via CM/ECF electronic notification) |

DATE:  
July 29, 2019

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk